The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 2:24-cr-00053-RAJ |
| Plaintiff, | ) | |
| | ) | ORDER GRANTING MOTION TO |
| v. | ) | CONTINUE PRETRIAL MOTIONS |
| | ) | DEADLINE |
| MATTHEW ANDERSON, | ) | |
| Defendant. | ) | |

This matter comes before the Court on the motion of Defendant Matthew Anderson to extend the pretrial motions deadlines from June 5, 2024 to June 12, 2024. The parties have informed the Court that the parties need additional time to reach a settlement. The Court finds good cause for the request and therefore the motion (Dkt. 195) is GRANTED. All pretrial motions, including motions in limine, shall be filed no later than June 12, 2024.

DATED this 4th day of June, 2024.

*[signature]*

The Honorable Richard A. Jones
United States District Judge