The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>MATTHEW ANDEERSON,<br><br>　　　　　　　Defendant. | No. 2:23-cr-00053-RAJ<br><br>ORDER GRANTING UNOPPOSED MOTION TO CONTINUE TRIAL AND PRETRIAL MOTIONS DEADLINE |

THE COURT has considered the unopposed motion of the parties to continue the trial date and pretrial motions deadline and finds that:

(a) taking into account the exercise of due diligence, a failure to grant a continuance in this case would taking into account the exercise of due diligence, a failure to grant a continuance would deny Mr. Anderson, in a case which taken as a whole, is not so unusual or so complex as to fall within clause (ii), would unreasonably deny the defendant continuity of counsel, or would deny counsel for the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, as set forth in 18 U.S.C. § 3161(h)(7)(B)(iv);

(b) a failure to grant such a continuance in this proceeding would likely result in a miscarriage of justice, as set forth in 18 U.S.C. § 3161(h)(7)(B)(i);

ORDER TO CONTINUE TRIAL AND
PRETRIAL MOTIONS DUE DATE
(*United States v. Anderson*, 2:23-cr-00053-RAJ) - 1

(c) the additional time requested is a reasonable period of delay, as the defendant has requested more time to prepare for trial, to investigate the matter, to gather evidence material to the defense, and to consider possible defenses; and

(d) the ends of justice will best be served by a continuance, and the ends of justice outweigh the best interests of the public and the defendant in any speedier trial, as set forth in 18 U.S.C. § 3161(h)(7)(A).

IT IS THEREFORE ORDERED that the motion (Dkt. 199) is GRANTED. The trial date in this matter is continued to August 5, 2024. All pretrial motions, including motions in limine, shall be filed no later than July 5, 2024.

IT IS FURTHER ORDERED that the period of delay from the date of this order to the new trial date of August 5, 2024, is excludable time pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (h)(7)(B)(iv).

DATED this 20th day of June, 2024.

*[signature: Richard A. Jones]*

The Honorable Richard A. Jones
United States District Judge