Judge Richard A. Jones

# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| UNITED STATES OF AMERICA, | No. 2:23-cr-00053-RAJ |
|---|---|
| Plaintiff, | |
| v. | ORDER TO SEAL |
| MATTHEW ANDERSON, | |
| Defendant. | |

Based upon the motion to seal brought by Defendant Matthew Anderson, and the representations made therein, with good cause being shown, it is HEREBY ORDERED that:

The Motion to Seal (Dkt. 230) is GRANTED. Defendant's Exhibit A, filed with the Defendant's Sentencing Memorandum, shall remain filed under seal as it contains sensitive information and is not permitted to be made publicly available.

DATED this 4th day of October, 2024.

The Honorable Richard A. Jones
United States District Judge

ORDER - 1